VORYS, SATER, SEYMOUR AND PEASE LLP
Adam S. Hamburg (SBN 247127)
ashamburg@vorys.com
Adam C. Sherman (SBN 224979)
acsherman@vorys.com
2211 Michelson Drive, Suite 500
Irvine, CA 92612
Telephone: (949) 531-4492
Facsimile: (949) 531-4492

Attorneys for Plaintiff
ZO Skin Health, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ZO SKIN HEALTH, INC., a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SKINCARE ESSENTIALS INC, a corporation, YISROEL ZAHLER, a natural person, RUM BRANDS LLC, a limited liability company, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 2:25−cv−06451 AH (DMKx)<br>(*Assigned to Hon. Anne Hwang*)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS SKINCARE ESSENTIALS INC. AND YISROEL ZAHLER** |

1

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS SKINCARE ESSENTIALS INC. AND YISROEL ZAHLER**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff ZO Skin Health, Inc., by and through its counsel of record, hereby voluntarily dismisses all claims and causes of action in this action against Defendants Skincare Essentials Inc. and Yisroel Zahler without prejudice.

Dated: March 25, 2026                      **VORYS, SATER, SEYMOUR & PEASE, LLP**


                                           */s/ Adam S. Hamburg*
                                           Adam S. Hamburg
                                           Adam Corey Sherman
                                           Emma K. Morehart (*pro hac vice*)
                                           Attorneys for Plaintiff ZO Skin Health, Inc.

2

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS SKINCARE ESSENTIALS INC.
AND YISROEL ZAHLER**