KIBLER FOWLER & CAVE LLP
John D. Fowler (SBN 271827)
jfowler@kfc.law
Tracy B. Rane (SBN 192959)
trane@kfc.law
Kevin J. Cammiso (SBN 316540)
kcammiso@kfc.law
Regina Michelle Campbell (SBN 355919)
mmatthews@kfc.law
11100 Santa Monica Blvd., Suite 500
Los Angeles, California 90025
Telephone:   (310) 409-0400
Facsimile:   (310) 409-0401

*Attorneys for Defendant*
*Rum Brands LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ZO SKIN HEALTH, INC., a corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SKINCARE ESSENTIALS INC, a corporation, YISROEL ZAHLER, a natural person, RUM BRANDS LLC, a limited liability company, and JOHN DOES 1-10,<br><br>    Defendants. | CASE NO. 2:25-cv-06451 AH (JPRx)<br><br>**DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Case Filed:       July 15, 2025<br>Trial Date:       None Set |

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant RUM BRANDS LLC ("Defendant") answer the First Amended Complaint of Plaintiff ("Plaintiff"). If an averment is not specifically admitted, it is hereby denied.

## ANSWER TO COMPLAINT

1.     Answering Paragraph 1, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

2.     Answering Paragraph 2, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

3.     Answering Paragraph 3, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

4.     Answering Paragraph 4, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

5.     Answering Paragraph 5, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

6.     Answering Paragraph 6, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 6 further contains legal conclusions and argument as to which no response is required.

7.     Answering Paragraph 7, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 7 further contains legal conclusions and argument as to which no response is required.

Kibler Fowler & Cave LLP

11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025

KF&C

8.      Answering Paragraph 8, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 8 further contains legal conclusions and argument as to which no response is required.

9.      Answering Paragraph 9, Defendant admits that Rum Brands LLC is a limited liability company organized under the laws of New Jersey. Defendant denies the remaining allegations contained in Paragraph 9. To the extent Paragraph 9 alleges that Rum Brands "operates or assists in the operation of the Infringing Websites" or "sells infringing products bearing ZO's trademarks and counterfeit reproductions of ZO's trademarks," Defendant denies each such allegation. Paragraph 9 further contains legal conclusions and argument as to which no response is required.

10.     Answering Paragraph 10, Defendant denies each and every allegation contained therein. To the extent Paragraph 10 alleges that "all Defendants" collectively operate the Infringing Websites and are jointly responsible for selling infringing products, Defendant denies such allegations as to Rum Brands and notes that the FAC impermissibly lumps all defendants together without specifying which defendant performed which alleged act. Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 10 further contains legal conclusions and argument as to which no response is required.

11.     Answering Paragraph 11, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

12.     Paragraph 12 further contains legal conclusions and argument as to which no response is required.

13.     Answering Paragraph 13, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein, and on that basis denies such allegations, because the FAC impermissibly

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025
KF&C

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

lumps all defendants together without specifying which defendant performed which alleged act. Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 13 further contains legal conclusions and argument as to which no response is required.

14.    Answering Paragraph 14, Defendant denies each and every allegation contained therein. Paragraph 14 further contains legal conclusions and argument as to which no response is required.

15.    Answering Paragraph 15, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

16.    Answering Paragraph 16, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

17.    Answering Paragraph 17, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

18.    Answering Paragraph 18, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 18 further contains legal conclusions and argument as to which no response is required.

19.    Answering Paragraph 19, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

20.    Answering Paragraph 20, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 20 further contains legal conclusions and argument as to which no response is required.

Kibler Fowler & Cave LLP

11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025

KF&C

Case No. 2:25-cv-06451 AH (JPRx)

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

21.    Answering Paragraph 21, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

22.    Answering Paragraph 22, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

23.    Answering Paragraph 23, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

24.    Answering Paragraph 24, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

25.    Answering Paragraph 25, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

26.    Answering Paragraph 26, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

27.    Answering Paragraph 27, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

28.    Answering Paragraph 28, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

29.    Answering Paragraph 29, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

Case No. 2:25-cv-06451 AH (JPRx)

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025

30.    Answering Paragraph 30, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

31.    Answering Paragraph 31, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

32.    Answering Paragraph 32, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

33.    Answering Paragraph 33, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

34.    Answering Paragraph 34, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

35.    Answering Paragraph 35, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

36.    Answering Paragraph 36, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

37.    Answering Paragraph 37, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

38.    Answering Paragraph 38, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

Kibler Fowler & Cave LLP

11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025

KF&C

Case No. 2:25-cv-06451 AH (JPRx)

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

39.    Answering Paragraph 39, Defendant denies each and every allegation contained therein. Paragraph 39 further contains legal conclusions and argument as to which no response is required. To the extent Paragraph 39 attributes conduct to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

40.    Answering Paragraph 40, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

41.    Answering Paragraph 41, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

42.    Answering Paragraph 42, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

43.    Answering Paragraph 43, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

44.    Answering Paragraph 44, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

45.    Answering Paragraph 45, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

Case No. 2:25-cv-06451 AH (JPRx)

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025

46.    Answering Paragraph 46, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

47.    Answering Paragraph 47, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

48.    Answering Paragraph 48, Defendant denies each and every allegation contained therein. Paragraph 48 further contains legal conclusions and argument as to which no response is required. To the extent Paragraph 48 attributes conduct to "Defendants" collectively without differentiation, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

49.    Answering Paragraph 49, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 49 further contains legal conclusions and argument as to which no response is required.

50.    Answering Paragraph 50, Defendant admits that it is not a practicing physician and that it does not operate a ZO-approved location, but denies this paragraph in all other respects. To the extent the paragraph alleges undifferentiated conduct by "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

51.    Answering Paragraph 51, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025
KF&C

Case No. 2:25-cv-06451 AH (JPRx)

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

52.    Answering Paragraph 52, Defendant denies each and every allegation contained therein as to Rum Brands. To the extent the paragraph alleges undifferentiated conduct by "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

53.    Answering Paragraph 53, Defendant denies each and every allegation contained therein as to Rum Brands. To the extent the paragraph alleges undifferentiated conduct by "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

54.    Answering Paragraph 54, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein on that basis denies such allegations. To the extent the paragraph alleges undifferentiated conduct by "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

55.    Answering Paragraph 55, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

56.    Answering Paragraph 56, Defendant denies each and every allegation contained therein.

57.    Answering Paragraph 57, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

58.    Answering Paragraph 58, to the extent Paragraph 58 describes ZO's internal quality control and customer service requirements and their implementation, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Defendant denies the remaining allegations contained therein. To the

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025
KF&C

extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 58 further contains legal conclusions and argument as to which no response is required.

59.    Answering Paragraph 59, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

60.    Answering Paragraph 60, to the extent Paragraph 60 describes ZO's internal quality control and expertise requirements for its Authorized Accounts, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Defendant denies the remaining allegations contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 60 further contains legal conclusions and argument as to which no response is required.

61.    Answering Paragraph 61, to the extent Paragraph 61 describes ZO's internal quality controls applicable to its Authorized Accounts, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Defendant denies the remaining allegations contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 61 further contains legal conclusions and argument as to which no response is required.

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025
KF&C

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

62.    Answering Paragraph 62, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 62 further contains legal conclusions and argument as to which no response is required.

63.    Answering Paragraph 63, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 63 further contains legal conclusions and argument as to which no response is required.

64.    Answering Paragraph 64, to the extent Paragraph 64 describes ZO's unilateral decision to conduct test purchases, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Defendant denies the remaining allegations contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

65.    Answering Paragraph 65, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

66.    Answering Paragraph 66, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein regarding ZO's internal review of test purchases and its determination regarding lot codes, and on that basis denies such allegations.

67.    Answering Paragraph 67, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein regarding ZO's internal inspection, analysis, and conclusions concerning the

Case No. 2:25-cv-06451 AH (JPRx)

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025

ingredients, texture, scent, packaging, product design, and lot codes, and on that basis denies such allegations.

68. Answering Paragraph 68, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein regarding ZO's internal analysis and determinations concerning the composition and characteristics of the referenced products, including ZO's claims regarding lot codes, packaging, product labels, chemical compounds, and approved formulations, and on that basis denies such allegations.

69. Answering Paragraph 69, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 69 further contains legal conclusions and argument as to which no response is required.

70. Answering Paragraph 70, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 70 further contains legal conclusions and argument as to which no response is required.

71. Answering Paragraph 71, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 71 further contains legal conclusions and argument as to which no response is required.

72. Answering Paragraph 72, Defendant denies each and every allegation contained therein. Paragraph 72 further contains legal conclusions and argument as to which no response is required. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025

73.     Answering Paragraph 73, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

74.     Answering Paragraph 74, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

75.     Answering Paragraph 75, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

76.     Answering Paragraph 76, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

77.     Answering Paragraph 77, Defendant denies each and every allegation contained therein as to Rum Brands. To the extent the paragraph attributes false advertising to "Defendants" collectively without specifying which defendant made which representation, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

78.     Answering Paragraph 78, Defendant denies each and every allegation contained therein. Paragraph 78 further contains legal conclusions and argument as to which no response is required.

79.     Answering Paragraph 79, Defendant denies each and every allegation contained therein as to Rum Brands. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025

13

Case No. 2:25-cv-06451 AH (JPRx)

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

80.     Answering Paragraph 80, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

81.     Answering Paragraph 81, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

82.     Answering Paragraph 82, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 82 further contains legal conclusions and argument as to which no response is required.

83.     Answering Paragraph 83, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 83 further contains legal conclusions and argument as to which no response is required.

84.     Answering Paragraph 84, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

85.     Answering Paragraph 85, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

86.     Answering Paragraph 86, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025
KF&C

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

87. Answering Paragraph 87, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

88. Answering Paragraph 88, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 88 further contains legal conclusions and argument as to which no response is required.

89. Answering Paragraph 89, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 89 further contains legal conclusions and argument as to which no response is required.

90. Answering Paragraph 90, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 90 further contains legal conclusions and argument as to which no response is required.

91. Answering Paragraph 91, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

92. Answering Paragraph 92, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 92 further contains legal conclusions and argument as to which no response is required.

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

93. Answering Paragraph 93, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 93 further contains legal conclusions and argument as to which no response is required.

94. Answering Paragraph 94, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 94 further contains legal conclusions and argument as to which no response is required.

95. Answering Paragraph 95, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 95 further contains legal conclusions and argument as to which no response is required.

96. Answering Paragraph 96, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 96 further contains legal conclusions and argument as to which no response is required.

97. Answering Paragraph 97, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 97 further contains legal conclusions and argument as to which no response is required.

98. Answering Paragraph 98, Defendant realleges and incorporates herein by reference its responses to all of the previous allegations in the FAC. No further response is required.

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025
KF&C

16

99. Answering Paragraph 99, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

100. Answering Paragraph 100, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

101. Answering Paragraph 101, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 101 further contains legal conclusions and argument as to which no response is required.

102. Answering Paragraph 102, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 102 further contains legal conclusions and argument as to which no response is required.

103. Answering Paragraph 103, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 103 further contains legal conclusions and argument as to which no response is required.

104. Answering Paragraph 104, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

105. Answering Paragraph 105, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of

Case No. 2:25-cv-06451 AH (JPRx)

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

Kibler Fowler & Cave LLP

11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025

KF&C

Skincare Essentials or Zahler. Paragraph 105 further contains legal conclusions and argument as to which no response is required.

106.    Answering Paragraph 106, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 106 further contains legal conclusions and argument as to which no response is required.

107.    Answering Paragraph 107, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 107 further contains legal conclusions and argument as to which no response is required.

108.    Answering Paragraph 108, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 108 further contains legal conclusions and argument as to which no response is required.

109.    Answering Paragraph 109, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 109 further contains legal conclusions and argument as to which no response is required.

110.    Answering Paragraph 110, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 110 further contains legal conclusions and argument as to which no response is required.

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025
KF&C

Case No. 2:25-cv-06451 AH (JPRx)

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

111.    Answering Paragraph 111, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 111 further contains legal conclusions and argument as to which no response is required.

112.    Answering Paragraph 112, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 112 further contains legal conclusions and argument as to which no response is required.

113.    Answering Paragraph 113, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 113 further contains legal conclusions and argument as to which no response is required.

114.    Answering Paragraph 114, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 114 further contains legal conclusions and argument as to which no response is required.

115.    Answering Paragraph 115, Defendant realleges and incorporates herein by reference its responses to all of the previous allegations in the FAC. No further response is required.

116.    Answering Paragraph 116, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

Case No. 2:25-cv-06451 AH (JPRx)
DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025
KF&C

117.   Answering Paragraph 117, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

118.   Answering Paragraph 118, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 118 further contains legal conclusions and argument as to which no response is required.

119.   Answering Paragraph 119, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 119 further contains legal conclusions and argument as to which no response is required.

120.   Answering Paragraph 120, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

121.   Answering Paragraph 121, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 121 further contains legal conclusions and argument as to which no response is required.

122.   Answering Paragraph 122, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 122 further contains legal conclusions and argument as to which no response is required.

123.   Answering Paragraph 123, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025
KF&C

Case No. 2:25-cv-06451 AH (JPRx)

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

therein and on that basis denies such allegations. Defendant denies the remaining allegations contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 123 further contains legal conclusions and argument as to which no response is required.

124. Answering Paragraph 124, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 124 further contains legal conclusions and argument as to which no response is required.

125. Answering Paragraph 125, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 125 further contains legal conclusions and argument as to which no response is required.

126. Answering Paragraph 126, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 126 further contains legal conclusions and argument as to which no response is required.

127. Answering Paragraph 127, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 127 further contains legal conclusions and argument as to which no response is required.

128. Answering Paragraph 128, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of

Case No. 2:25-cv-06451 AH (JPRx)

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025

Skincare Essentials or Zahler. Paragraph 128 further contains legal conclusions and argument as to which no response is required.

129.    Answering Paragraph 129, Defendant realleges and incorporates herein by reference its responses to all of the previous allegations in the FAC. No further response is required.

130.    Answering Paragraph 130, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

131.    Answering Paragraph 131, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

132.    Answering Paragraph 132, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 132 further contains legal conclusions and argument as to which no response is required.

133.    Answering Paragraph 133, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 133 further contains legal conclusions and argument as to which no response is required.

134.    Answering Paragraph 134, Defendant denies each and every allegation contained therein. Paragraph 134 further contains legal conclusions and argument as to which no response is required. To the extent the paragraph attributes false statements to "Defendants" collectively, Rum Brands cannot and does not speak to statements made by Skincare Essentials or Zahler.

135.    Answering Paragraph 135, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to

Kibler Fowler & Cave LLP

11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025

KF&C

Case No. 2:25-cv-06451 AH (JPRx)

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

"Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

136. Answering Paragraph 136, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 136 further contains legal conclusions and argument as to which no response is required

137. Answering Paragraph 137, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 137 further contains legal conclusions and argument as to which no response is required

138. Answering Paragraph 138, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 138 further contains legal conclusions and argument as to which no response is required.

139. Answering Paragraph 139, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 139 further contains legal conclusions and argument as to which no response is required.

140. Answering Paragraph 140, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

141. Answering Paragraph 141, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025
KF&C

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

"Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 141 further contains legal conclusions and argument as to which no response is required.

142. Answering Paragraph 142, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 142 further contains legal conclusions and argument as to which no response is required.

143. Answering Paragraph 143, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 143 further contains legal conclusions and argument as to which no response is required.

144. Answering Paragraph 144, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 144 further contains legal conclusions and argument as to which no response is required.

145. Answering Paragraph 145, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 145 further contains legal conclusions and argument as to which no response is required.

146. Answering Paragraph 146, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 146 further contains legal conclusions and argument as to which no response is required

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025
KF&C

Case No. 2:25-cv-06451 AH (JPRx)

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

147. Answering Paragraph 147, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 147 further contains legal conclusions and argument as to which no response is required.

148. Answering Paragraph 148, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 148 further contains legal conclusions and argument as to which no response is required.

149. Answering Paragraph 149, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 149 further contains legal conclusions and argument as to which no response is required.

150. Answering Paragraph 150, Defendant realleges and incorporates herein by reference its responses to all of the previous allegations in the FAC. No further response is required.

151. Answering Paragraph 151, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

152. Answering Paragraph 152, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

153. Answering Paragraph 153, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 153 further contains legal conclusions and argument as to which no response is required.

Case No. 2:25-cv-06451 AH (JPRx)

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

Kibler Fowler & Cave LLP

11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025

154. Answering Paragraph 154, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 154 further contains legal conclusions and argument as to which no response is required.

155. Answering Paragraph 155, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

156. Answering Paragraph 156, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 156 further contains legal conclusions and argument as to which no response is required.

157. Answering Paragraph 157, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 157 further contains legal conclusions and argument as to which no response is required.

158. Answering Paragraph 158, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Defendant denies the remaining allegations contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 158 further contains legal conclusions and argument as to which no response is required.

159. Answering Paragraph 159, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025

"Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 159 further contains legal conclusions and argument as to which no response is required.

160. Answering Paragraph 160, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 160 further contains legal conclusions and argument as to which no response is required.

161. Answering Paragraph 161, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 161 further contains legal conclusions and argument as to which no response is required.

162. Answering Paragraph 162, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 162 further contains legal conclusions and argument as to which no response is required.

163. Answering Paragraph 163, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 163 further contains legal conclusions and argument as to which no response is required.

164. Answering Paragraph 164, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 164 further contains legal conclusions and argument as to which no response is required

Kibler Fowler & Cave LLP

11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025

KF&C

Case No. 2:25-cv-06451 AH (JPRx)

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

165.   Answering Paragraph 165, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 165 further contains legal conclusions and argument as to which no response is required.

166.   Answering Paragraph 166, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 166 further contains legal conclusions and argument as to which no response is required.

167.   Answering Paragraph 167, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 167 further contains legal conclusions and argument as to which no response is required.

168.   Answering Paragraph 168, Defendant realleges and incorporates herein by reference its responses to all of the previous allegations in the FAC. No further response is required.

169.   Answering Paragraph 169, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 169 further contains legal conclusions and argument as to which no response is required.

170.   Answering Paragraph 170, to the extent Paragraph 170 describes ZO's internal quality controls and product authorization processes, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Defendant denies the remaining allegations contained therein. To the extent the

Kibler Fowler & Cave LLP

11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025

KF&C

Case No. 2:25-cv-06451 AH (JPRx)

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 170 further contains legal conclusions and argument as to which no response is required.

171.    Answering Paragraph 171, to the extent Paragraph 171 describes ZO's internal quality controls and the specialized knowledge and expertise required of ZO's Authorized Accounts, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Defendant denies the remaining allegations contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 171 further contains legal conclusions and argument as to which no response is required.

172.    Answering Paragraph 172, to the extent Paragraph 172 describes ZO's internal quality controls, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Defendant denies the remaining allegations contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 172 further contains legal conclusions and argument as to which no response is required.

173.    Answering Paragraph 173, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 173 further contains legal conclusions and argument as to which no response is required.

174.    Answering Paragraph 174, to the extent Paragraph 174 describes ZO's internal lot code systems and product authentication processes, Defendant lacks

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025
KF&C

29

Case No. 2:25-cv-06451 AH (JPRx)

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Defendant denies the remaining allegations contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

175.   Answering Paragraph 175, to the extent Paragraph 175 describes ZO's internal product authentication processes and determinations regarding the authenticity of products, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Defendant denies the remaining allegations contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 175 further contains legal conclusions and argument as to which no response is required.

176.   Answering Paragraph 176, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 176 further contains legal conclusions and argument as to which no response is required.

177.   Answering Paragraph 177, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 177 further contains legal conclusions and argument as to which no response is required.

178.   Answering Paragraph 178, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025

Skincare Essentials or Zahler. Paragraph 178 further contains legal conclusions and argument as to which no response is required.

179. Answering Paragraph 179, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 179 further contains legal conclusions and argument as to which no response is required.

180. Answering Paragraph 180, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 180 further contains legal conclusions and argument as to which no response is required.

181. Answering Paragraph 181, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 181 further contains legal conclusions and argument as to which no response is required.

182. Answering Paragraph 182, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 182 further contains legal conclusions and argument as to which no response is required.

183. Answering Paragraph 183, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 183 further contains legal conclusions and argument as to which no response is required.

Kibler Fowler & Cave LLP

11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025

KF&C

Case No. 2:25-cv-06451 AH (JPRx)

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

184. Answering Paragraph 184, Defendant realleges and incorporates herein by reference its responses to all of the previous allegations in the FAC. No further response is required.

185. Answering Paragraph 185, Paragraph 185 contains legal conclusions and argument as to which no response is required.

186. Answering Paragraph 186, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

187. Answering Paragraph 187, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

188. Answering Paragraph 188, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

189. Answering Paragraph 189, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes conduct to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

190. Answering Paragraph 190, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

191. Answering Paragraph 191, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

Case No. 2:25-cv-06451 AH (JPRx)

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

Kibler Fowler & Cave LLP

11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025

KF&C

192.    Answering Paragraph 192, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 192 further contains legal conclusions and argument as to which no response is required.

193.    Answering Paragraph 193, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 193 further contains legal conclusions and argument as to which no response is required.

194.    Answering Paragraph 194, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

195.    Answering Paragraph 195, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler.

196.    Answering Paragraph 196, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 196 further contains legal conclusions and argument as to which no response is required.

197.    Answering Paragraph 197, Defendant denies each and every allegation contained therein. To the extent the paragraph attributes any acts or omissions to "Defendants" collectively, Rum Brands cannot and does not speak to the actions of Skincare Essentials or Zahler. Paragraph 197 further contains legal conclusions and argument as to which no response is required.

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025
KF&C

Case No. 2:25-cv-06451 AH (JPRx)

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

## AFFIRMATIVE DEFENSES

Defendant pleads the following separate defenses. Defendant reserves the right to assert additional affirmative defenses that discovery indicates are proper.

### FIRST AFFIRMATIVE DEFENSE

### (Adequate Remedy at Law)

198.   As a separate and first affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff has an adequate remedy at law.

### SECOND AFFIRMATIVE DEFENSE

### (Apportionment of Fault)

199.   As a separate and second affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff's damages, if any, were caused by the negligence and/or acts or omissions of parties other than the Defendant, whether or not parties to this action. By reason thereof, Plaintiff's damages, if any, as against the Defendant, must be reduced by the proportion of fault attributable to such other parties, and to the extent that this is necessary, Defendant may be entitled to partial indemnity from others on a comparative fault basis.

### THIRD AFFIRMATIVE DEFENSE

### (Comparative Fault)

200.   As a separate and third affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff's damages, if any, were caused by the primary negligence and/or acquiescence in the acts and omissions alleged in the First Amended Complaint by the Plaintiff, and Plaintiff's agents, employees, representatives, relatives, heirs, assigns, attorneys, and/or any others acting on Plaintiff's behalf.  By reason thereof, Plaintiff is not entitled to damages or any other relief whatsoever as against Defendant.

Case No. 2:25-cv-06451 AH (JPRx)

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025

## FOURTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

201.   As a separate and fourth affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff's claims, if any, are barred for its failure, and/or the failure of the persons and/or entities acting on its behalf, to mitigate any purported damages.

## FIFTH AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

202.   As a separate and fifth affirmative defense to the First Amended Complaint, and to the purported causes of action set forth therein, Defendant alleges that the First Amended Complaint fails to state facts sufficient to constitute a cause of action.

## SIXTH AFFIRMATIVE DEFENSE

### (Laches)

203.   As a separate and sixth affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff is barred in whole or in part from prosecuting the purported causes of action set forth in the First Amended Complaint by the doctrine of laches.

## SEVENTH AFFIRMATIVE DEFENSE

### (Lack of Standing)

204.   As a separate and seventh affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff lacks standing to prosecute the purported claims set forth in the First Amended Complaint.

## EIGHTH AFFIRMATIVE DEFENSE

### (Ongoing Investigation)

205.   As a separate and eighth affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges

Case No. 2:25-cv-06451 AH (JPRx)

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

Kibler Fowler & Cave LLP

11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025

KF&C

that it has not yet completed a thorough investigation or study or completed the discovery of all the facts and circumstances of the subject matter of the First Amended Complaint and, accordingly, reserves the right to amend, modify, revise or supplement its answer and to plead such other defenses and take such other further actions as it may deem proper and necessary in its defense upon completion of said investigation and/or study.

### NINTH AFFIRMATIVE DEFENSE

### (Proximate Cause – Other Persons)

206.  As a separate and ninth affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that the damages alleged to have been suffered by Plaintiff in the First Amended Complaint were proximately caused or contributed to by acts or failures to act of persons other than this answering Defendant, which acts or failures to act constitute an intervening and superseding cause of the damages alleged in the First Amended Complaint.

### TENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

207.  As a separate and tenth affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that the purported causes of action asserted in the First Amended Complaint are barred by the applicable statutes of limitation.

### ELEVENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

208.  As a separate and eleventh affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff is barred in whole or in part from prosecuting the purported causes of action set forth in the First Amended Complaint by the doctrine of unclean hands.

### TWELFTH AFFIRMATIVE DEFENSE

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025
KF&C

Case No. 2:25-cv-06451 AH (JPRx)

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

**(Waiver and Estoppel)**

209. As a separate and twelfth affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendant alleges that as a result of its own acts and/or omissions, Plaintiff has waived any right which it may have had to recover, and/or is estopped from recovering, any relief sought against Defendant.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(First Sale Doctrine)**

210. As a separate and thirteenth affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendants allege that Plaintiff's claims are barred by the first sale doctrine.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(15 U.S.C. § 1115(b))**

211. As a separate and fourteenth affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendants allege that Plaintiff's claims are barred by the provisions of 15 U.S.C. § 1115(b).

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Trademark Misuse)**

212. As a separate and fifteenth affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendants allege that Plaintiff's claims are barred due to fraud on the United States Patent and Trademark Office and on the United States Copyright Office.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(Nominative Fair Use)**

213. As a separate and sixteenth affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendants allege that Plaintiff's claims are barred in whole or in part because any use of Plaintiff's marks was nominative and fair.

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025
KF&C

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Fraud on United States Patent and Trademark Office)

214.    As a separate and seventeenth affirmative defense to the First Amended Complaint and each purported cause of action contained therein, Defendants allege that Plaintiff's claims are barred due to fraud on the United States Patent and Trademark Office.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Reservation)

215.    Defendant reserves all other defenses unknown at the time of the filing of this answer.

## PRAYER FOR RELIEF

WHEREFORE, Defendant Rum Brands LLC respectfully requests that this Court enter judgment as follows:

a.    Plaintiff shall take nothing from this action;

b.    Plaintiff's First Amended Complaint be dismissed in its entirety with prejudice;

c.    Defendant be awarded its costs and attorneys fees incurred in defending this action; and

d.    The Court grant any other and further relief as it deems just and proper.

Case No. 2:25-cv-06451 AH (JPRx)

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

Kibler Fowler & Cave LLP

11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025

KF&C

Dated:  April 22, 2026               KIBLER FOWLER & CAVE LLP


By:  _____
     JOHN D. FOWLER
     TRACY B. RANE
     KEVIN J. CAMMISO
     REGINA MICHELLE CAMPBELL
     Attorneys for Defendant
     Rum Brands LLC

Case No. 2:25-cv-06451 AH (JPRx)

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT

## **DEMAND FOR JURY TRIAL**

Defendant Rum Brands LLC hereby demand a trial by jury.

Dated:  April 22, 2026                KIBLER FOWLER & CAVE LLP

By: 

JOHN D. FOWLER
TRACY B. RANE
KEVIN J. CAMMISO
REGINA MICHELLE CAMPBELL
Attorneys for Defendant
Rum Brands LLC

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025
KF&C

40                        Case No. 2:25-cv-06451 AH (JPRx)

DEFENDANT RUM BRANDS LLC'S ANSWER TO FIRST AMENDED COMPLAINT